IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICOLE MCGRATH,

        Plaintiff,

    v.

GOOGLE LLC,

        Defendant.

Case No.  26-cv-01446-CRB

**ORDER DENYING MOTION TO RELATE CASES**

Plaintiff Nicole McGrath filed an administrative motion to consider whether two additional cases should be related.  Dkt. 4.  But the motion is premature given that Defendant Google LLC has not yet made an appearance in the case.  See Civil L.R. 3-12(f) (Courts decide motions to relate cases "after the time for filing support or opposition to the "Motion to Consider Whether Cases Should Be Related has passed.").

For the foregoing reasons, Plaintiff's motion is **DENIED** without prejudice. Plaintiff may reraise this issue after Defendant is able to respond.

**IT IS SO ORDERED.**

Dated: March 2, 2026

_____
CHARLES R. BREYER
United States District Judge