Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

*Attorneys for Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE MCGRATH, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-01446-CRB |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER STAYING CASE (L.R. 6-1, 6-2)** : ORDER |
| v. | [*Filed concurrently with Declaration of Benjamin S. Softness*] |
| GOOGLE LLC, | |
| Defendant. | |

# **STIPULATION**

This stipulation seeks an order staying all current deadlines in this case pending the resolution of relatedness issues raised by the Parties with respect to the matter *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155-YGR (N.D. Cal.) ("*Google RTB*"), assigned to Judge Gonzalez Rogers.

Pursuant to Local Rules 6-1 and 6-2, and the accompanying Declaration of Benjamin S. Softness, the Parties jointly declare the following in support of this request:

**WHEREAS**, Plaintiff Nicole McGrath ("Plaintiff") filed her Complaint on February 19, 2026 (Dkt. 1) (the "*McGrath* Action");

**WHEREAS**, that same day, February 19, 2026, two additional actions, *Nadeau v. Google LLC*, No. 3:26-cv-01454 (N.D. Cal.) (the "*Nadeau* Action") and *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR (N.D. Cal.) (the "*Jenkins* Action"), were filed against Google.

**WHEREAS** on February 25, 2026, Plaintiff McGrath filed an Administrative Motion to Consider whether this matter should be related to the *Nadeau* and *Jenkins* Actions and assigned to this Court (Dkt. 4). In her motion, Plaintiff outlined her position concerning the unrelatedness of *Google RTB* to the newly filed matters and served Judge Gonzalez Rogers out of an abundance of caution. This Court denied Plaintiff's motion on the grounds that Google had not yet appeared and stated its position with respect to the motion (Dkt. 6);

**WHEREAS**, Plaintiff served Google on March 12, 2026 (Dkt. 8);

**WHEREAS**, on March 23, 2026, the Parties stipulated to extend Google's deadline to answer or otherwise respond to Plaintiff's Complaint to June 1, 2026 (Dkt. 12);

**WHEREAS** the Parties met and conferred regarding relatedness of the *McGrath*, *Nadeau*, and *Jenkins* Actions and a dispute arose as to whether the cases should be related to *Google RTB*.

**WHEREAS** on April 17, 2026, Plaintiffs, taking the position that the *McGrath*, *Nadeau*, and *Jenkins* Actions are not related to *Google RTB*, and that the first-filed matter is the *McGrath* Action, Plaintiff renewed her administrative motion before this Court (Dkt. 13). Plaintiff also served Judge Gonzalez Rogers with a copy of her renewed motion.

///

STIPULATED REQUEST FOR ORDER STAYING CASE

**WHEREAS**, the same day, on April 17, 2026, Google filed a motion in *Google RTB* requesting an order designating that the *McGrath*, *Nadeau*, and *Jenkins* Actions be related to *Google RTB*. Google also filed a copy of that motion with this Court (Dkt. 14);

**WHEREAS**, on April 27, 2026, this Court denied without prejudice Plaintiff's renewed motion to relate the *McGrath*, *Nadeau* and *Jenkins* Actions on the grounds that Judge Gonzalez Rogers has not acted on Google's motion and "in order to comply with the two-week deadline for determination as contemplated in Civil Local Rule 3-12(f)(1)." (Dkt. 15) The Court further permitted Plaintiff to file another motion if Judge Gonzalez Rogers does not grant Google's motion, which Plaintiff intends to do;

**WHEREAS**, numerous deadlines and events are approaching in this case, including the Parties' joint case management statement due on May 15, 2026, the initial case management conference scheduled for May 22, 2026, at 8:30 AM PT, and Google's deadline to answer or otherwise respond to the Complaint on June 1, 2026;

**WHEREAS**, the resolution of relatedness issues may determine whether this action is assigned to this Court or reassigned to Judge Gonzalez Rogers and, subsequently, whether this action is consolidated with the other actions sought to be related. In the event the cases are related and consolidated, it is likely that Plaintiffs will file a consolidated complaint, and several deadlines will be reset. The Parties therefore believe that staying the case deadlines in this action (and in the other two recently filed cases sought to be related) pending the resolution of relatedness issues will promote judicial economy by allowing the Parties and the Court to proceed with certainty regarding case assignment and avoid potential duplication of effort in the event of reassignment and/or consolidation;

**WHEREAS,** the Parties therefore jointly request a brief stay of all case deadlines and events pending the resolution of relatedness issues raised by the Parties' respective motions;

**WHEREAS,** this is the Parties' second stipulation for an extension of Google's deadline to answer or otherwise respond to the Complaint.

**WHEREFORE**, the Parties hereby stipulate and respectfully request that the Court stay all case deadlines and events pending the resolution of the relatedness issues raised by the Parties.

Dated:  May 13, 2026

*/s/ Benjamin S. Softness*
Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

*Attorneys for Google LLC*

*/s/ Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 60069
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

Katrina Carroll (*pro hac vice forthcoming*)
Kyle A. Shamberg (*pro hac vice forthcoming*)
**CARROLL SHAMBERG LLC**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
872-215-6205
katrina@csclassactions.com
kyle@csclassactions.com

*Attorneys for Plaintiff*

STIPULATED REQUEST FOR ORDER STAYING CASE

**CIV. L.R. 5-1(i)(3) ATTESTATION**

I, Benjamin S. Softness, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.


By: */s/ Benjamin S. Softness*
Benjamin S. Softness

STIPULATED REQUEST FOR ORDER STAYING CASE

Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

*Attorneys for Google LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE MCGRATH, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-01446-CRB |
| Plaintiff, | ~~PROPOSED~~ **ORDER GRANTING STIPULATED REQUEST FOR ORDER STAYING CASE (L.R. 6-1, 6-2)** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

1

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER STAYING CASE

The Court has considered the Parties Stipulated Request for Order Staying Case. Good cause appearing therefore, the Court hereby ORDERS as follows:

Pursuant to the Parties' Joint Stipulation, all case deadlines and events, including the May 22, 2026 initial case management conference, are stayed pending the resolution of the relatedness issues raised in the Parties' Joint Stipulation.

IT IS SO ORDERED.

Dated:   May 14, 2026

Honorable Charles R. Breyer
United States District Judge

2
[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER STAYING CASE