Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NICOLE MCGRATH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

Case No. 3:26-cv-01446-CRB

**GOOGLE'S RESPONSE TO PLAINTIFF'S THIRD ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

Pursuant to Local Rule 3-12(e), Google LLC submits the following response to Plaintiff Nicole McGrath's Third Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 711 (Dkt. 19) ("Third Motion"):

Plaintiff's Third Motion is premature. On April 27, 2026, this Court denied Plaintiff's Renewed Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11 (Dkt. 13) on the grounds that Google's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and 7-11 ("Google's Motion to Relate"), filed in *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155-YGR (N.D. Cal.) ("*Google RTB*"), remained pending. *See* Dkt. 15. The Court further stated that Plaintiff "may file another motion" should "Judge Gonzalez Rogers . . . not grant [Google's] motion[.]" *Id.*

Instead of waiting for a ruling on Google's Motion to Relate, Plaintiff filed her Third Motion to Relate while Google's Motion to Relate is still pending. Judge Gonzalez Rogers is actively considering Google's Motion to Relate. Indeed, on May 14, 2026, Judge Gonzalez Rogers ordered Plaintiff to submit a response to Google's Motion to Relate by May 22 and set Google's reply deadline on May 29. *See Google RTB*, Dkt. 821. Thus, Google's Motion to Relate remains pending, and Plaintiff's Third Motion to Relate is premature.

For the reasons stated herein, Google respectfully requests that the Court deny Plaintiff's Third Motion to Relate and maintain the order staying all case deadlines pending the resolution of Google's Motion to Relate.

Dated: May 15, 2026

*/s/ Benjamin S. Softness*
Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*pro hac vice forthcoming*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*pro hac vice forthcoming*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*