Matthew W. Ruan (SBN 264409)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@jjlmlaw.com

*Attorneys for Plaintiff and the Putative Class*
[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE MCGRATH, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff,*<br> v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>     *Defendant.* | Case No. 3:26-cv-01446-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES, AND TO SET BRIEFING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL, FILING OF CONSOLIDATED COMPLAINT, AND GOOGLE LLC'S RESPONSES THERETO** |
| ***Related Actions:***<br>TRISHA NADEAU, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff,*<br> v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>     *Defendant.* | Case No. 3:26-cv-01454-AMO<br><br>Hon. Araceli Martinez-Olguin |
| BARBARA JENKINS, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff,*<br> v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>     *Defendant.* | Case No. 4:26-cv-01481-YGR<br><br>Hon. Yvonne Gonzalez Rogers |

---

UNOPPOSED MOTION AND [PROPOSED] ORDER RE CONSOLIDATION      1
CASE NO. 3:26-cv-01446-CRB

WHEREAS, the following three putative class actions are currently pending in this District, all filed on February 19, 2026. :

- *McGrath v. Google LLC*, 3:26-cv-01446 ("McGrath Action");
- *Nadeau v. Google LLC*, No. 3:26-cv-01454 (N.D. Cal.) (the "Nadeau Action"); *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR (N.D. Cal.) (the "Jenkins Action");

WHEREAS, all three cases (a) assert the substantially overlapping allegations against the same defendant, Google, LLC; (b) arise from the same underlying event, i.e., Google's alleged interception and tracking of information about Americans' browsing activity through websites, apps, and devices and the transmission of that information via Google's real-time bidding ("RTB") auction system to entities owned by, controlled by, or subject to the jurisdiction of the People's Republic of China, namely MediaGo, Pangle and Temu, in violation of the Bulk Sensitive Data Rule ("BSDR"), which became law in April 2025; (c) seek identical relief;

WHEREAS, a dispute arose as to whether the three cases ("Related Actions") should be related to *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155-YGR (N.D. Cal.) ("Google RTB"), pending before Judge Gonzalez Rogers;

WHEREAS, Plaintiff previously filed three administrative motions to relate the Related Actions (ECF Nos. 4, 13, 19);

WHEREAS, on April 17, 2026, Google filed a motion in Google RTB requesting an order designating the Related Actions as related to Google RTB and reassigning the Related Actions to Judge Gonzalez Rogers (ECF No. 14);

WHEREAS, the parties jointly requested and this Court entered a stay of all case deadlines and events pending the resolution of relatedness issues raised by the Parties' respective motions (ECF Nos. 18, 20);

WHEREAS Judge Gonzalez Rogers entered an order on June 3, 2026 finding that the Related Actions are not related to Google RTB and referred those matters to this Court for a determination on relatedness (ECF No. 23);

WHEREAS the Related Actions should be assigned to this Court because they all involve common questions of law and $_{fact}$, name a common defendant (Google), arise from substantially identical factual allegations, assert the same or similar causes of action on behalf of overlapping classes, and seek the same or similar forms of relief;

WHEREAS, for the same reasons above, the Related Actions should also be consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

WHEREAS consolidation will promote judicial economy without producing any material inconvenience, delay, or added expense, *see Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984);

WHEREAS the parties have conferred and Google has indicated that it does not oppose (i) assignment of the Related Actions to this Court and (ii) consolidation of the Related Actions;[1]

WHEREAS, Plaintiffs anticipate filing an agreed-upon application for the designation of interim class counsel to act on behalf of the putative class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. Google has advised that it will take no position on Plaintiffs' leadership application;

WHEREAS, the parties agree that in the interest of conserving party and Court resources, all pleading-related deadlines should be continued until after the appointment of interim class counsel and the filing of a consolidated complaint;

NOW, THEREFORE, Plaintiffs in the Related Actions, through their respective counsel and subject to the Court's approval, request the entry of an order as follows:

---

[1] Counsel for Google has advised that while Google does not oppose consolidation of the Related Actions for purposes of judicial economy, Google disputes the allegations in the Related Actions and that it is liable to the Plaintiffs in any way and disputes any suggestion that Plaintiffs' claims are appropriate for class adjudication. Specifically, Google does not agree that common questions of law and fact exist for purposes of Federal Rule of Civil Procedure 23(a), and it expressly reserves the right to oppose class certification on the basis that the commonality requirement is not satisfied, among other reasons.

1. The following actions pending in this District shall be designated as related and consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure before this Court (hereinafter, the "Consolidated Action"):

   a. *McGrath v. Google LLC,* No. 3:26-cv-01446-CRB;

   b. *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO, and;

   c. *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR.

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:26-cv-01446-CRB, the number assigned to the first-filed *McGrath* Action, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Bulk Sensitive Data Rule Litigation* <br><br> This Document Relates To: | Case No. 3:26-cv-01446-CRB |

3. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:26-cv-01446-CRB. When a pleading is intended to apply to all of the Related Actions, the words "All Actions" shall appear immediately after "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

4. The Clerk of the Court is directed to administratively close the following Related Actions:

   a. *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO, and;

   b. *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR.

5. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as this Consolidated Action shall be consolidated with the Consolidated Action for all purposes. Any party objecting to such consolidation must file a motion requesting relief from this order within fourteen (14) days after the action is consolidated.

6. As soon as practicable, the parties shall notify the Court pursuant to Civil Local Rule 3-12 whenever a related case that should be consolidated into this action is filed in, or transferred to, this District.

7. Plaintiffs' counsel will file a joint application for consideration as interim class counsel no later than seven (7) days from the date of entry of the Court's order granting the relief requested herein.

8. A consolidated complaint, which will supersede the current complaints in the Related Actions, shall be filed no later than thirty (30) days following the appointment of interim class counsel. Google shall file an answer or response no later than sixty (60) days following the filing of the consolidated complaint.

Dated: June 23, 2026

Respectfully submitted,

*/s/ Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

Katrina Carroll*
Kyle A. Shamberg*
**CARROLL SHAMBERG LLC**
111 W. Washington Street
Suite 1240
Chicago, IL 60602

872-215-6205
katrina@csclassactions.com
kyle@csclassactions.com

*Pro Hac Vice application forthcoming

*Attorneys for Plaintiff McGrath*

Dated: June 23, 2026

Respectfully submitted,

*/s/ Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

Jonathan M. Jagher (pro hac vice forthcoming)
**JUSTICE JAGHER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
jjagher@fklmlaw.com

Nicholas R. Lange (pro hac vice forthcoming)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
nlange@fklmlaw.com

*Attorneys for Plaintiff Nadeau*

Dated: June 23, 2026

*/s/ William Edelman*
William Edelman (SBN 285177)
Heather Lopez (SBN 354022)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
wedelman@milberg.com
hlopez@milberg.com

*Attorneys for Plaintiff Jenkins*

## <u>SIGNATURE ATTESTATION</u>

I, Matthew W. Ruan, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: June 23, 2026

By: */s/ Matthew W. Ruan*
　　　Matthew W. Ruan

# [~~PROPOSED~~] ORDER

The Court, having considered Plaintiffs' Unopposed Motion Regarding Consolidation and Briefing Schedule for Appointment of Interim Class Counsel, Filing of Consolidated Complaint, and Google LLC's Responses Thereto, and good cause appearing therefore, hereby orders as follows:

1. The following actions pending in this District shall be designated as related and consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure before this Court (hereinafter, the "Consolidated Action"):

    a. *McGrath v. Google LLC,* No. 3:26-cv-01446-CRB;

    b. *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO, and;

    c. *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR.

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:26-cv-01446-CRB, the number assigned to the first-filed *McGrath* Action, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Bulk Sensitive Data Rule Litigation*<br><br>This Document Relates To: | Case No. 3:26-cv-01446-CRB |

3. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:26-cv-01446-CRB. When a pleading is intended to apply to all of the Related Actions, the words "All Actions" shall appear immediately after "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

4. The Clerk of the Court is directed to administratively close the following Related Actions:

   a. *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO, and;

   b. *Jenkins v. Google LLC*, No. 4:26-cv-01481-YGR.

5. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as this Consolidated Action shall be consolidated with the Consolidated Action for all purposes. Any party objecting to such consolidation must file a motion requesting relief from this order within fourteen (14) days after the action is consolidated.

6. As soon as practicable, the parties shall notify the Court pursuant to Civil Local Rule 3-12 whenever a related case that should be consolidated into this action is filed in, or transferred to, this District.

7. Plaintiffs' counsel will file a joint application for consideration as interim class counsel no later than seven (7) days from the date of entry of the Court's order granting the relief requested herein.

8. A consolidated complaint, which will supersede the current complaints filed in the Related Actions, shall be filed no later than thirty (30) days following the appointment of interim class counsel.  Google shall file an answer or response no later than sixty (60) days following the filing of the consolidated complaint.

   **IT IS SO ORDERED.**

Dated:   June 23, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE