**MILBERG, PLLC**
William J. Edelman (SBN 285177)
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015
E-Mail: wedelman@milberg.com

*Attorneys for Plaintiff Barbara Jenkins*

**CARROLL SHAMBERG LLC**
Katrina Carroll (*pro hac vice forthcoming*)
Kyle A. Shamberg (*pro hac vice forthcoming*)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (872) 215-6205
E-Mail: katrina@csclassactions.com
E-Mail: kyle@csclassactions.com

*Attorneys for Plaintiff Nicole McGrath*

**JUSTICE JAGHER LONDON & MILLEN LLC**
Matthew W. Ruan (SBN 264409)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
E-Mail: mruan@jjlmlaw.com

Jonathan M. Jagher (*pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
E-Mail: jjagher@jjmlaw.com

*Attorneys for Plaintiff Trisha Nadeau*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Bulk Sensitive Data Rule Litigation*<br><br>This Document Relates to: All Actions | Case No. 3:26-cv-01446-CRB<br><br>**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF MILBERG, PLLC, CARROLL SHAMBERG LLC, AND JUSTICE JAGHER LONDON & MILLEN LLC AS INTERIM CO-LEAD CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge: Charles R. Breyer<br>Date: August 28, 2026<br>Time: 10:00 a.m.<br>Hearing: By Zoom |

**TABLE OF CONTENTS**


NOTICE OF MOTION AND MOTION ..... ii

MEMORANDUM OF POINTS AND AUTHORITIES ..... 1

I. INTRODUCTION ..... 1

II. BACKGROUND ..... 1

III. ARGUMENT ..... 2

A. Proposed Interim Co-Lead Counsel Have Investigated the Claims and Led Early Case-Management Efforts. ..... 3

B. Proposed Interim Co-Lead Counsel Have Extensive Experience in Class Actions, Complex Litigation, and Privacy Cases. ..... 3

C. Proposed Interim Co-Lead Counsel Have the Knowledge and Resources Necessary to Represent the Proposed Classes. ..... 6

D. The Proposed Three-Firm Co-Lead Structure Will Promote Efficiency and Avoid Duplication. ..... 6

IV. IV. CONCLUSION ..... 8

**NOTICE OF MOTION AND MOTION**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD: Please take notice that on August 28, 2026 at 10:00 a.m., or at such other date as ordered by the Court, counsel for Plaintiffs Nicole McGrath, Trisha Nadeau, and Barbara Jenkins in the above-captioned consolidated action will and hereby do move, by Zoom, pursuant to the Court's June 23, 2026 Order Granting Consolidation and Federal Rule of Civil Procedure 23(g), for appointment of Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC as Interim Co-Lead Class Counsel in this consolidated class action.

This motion is based on the memorandum of points and authorities herein, the accompanying joint declaration of proposed Interim Co-Lead Class Counsel and exhibits thereto, including firm resumes and attorney biographies, argument of counsel, and all papers and pleadings on file in this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

This consolidated class action arises from Google LLC's alleged interception and tracking of Americans' browsing activity through websites, apps, and devices, and the transmission of that information through Google's real-time bidding auction system to entities owned by, controlled by, or subject to the jurisdiction of the People's Republic of China, including MediaGo, Pangle, and Temu. Plaintiffs allege that this conduct violates the Bulk Sensitive Data Rule, which became law in April 2025, as well as federal and state privacy laws.

The three actions now consolidated before this Court—*McGrath v. Google LLC*, *Nadeau v. Google LLC*, and *Jenkins v. Google LLC*—were all filed on February 19, 2026. Each asserts substantially overlapping allegations against the same defendant, arises from the same alleged data-transfer practices, and seeks relief on behalf of overlapping proposed classes. The cases have now been consolidated for all purposes under the caption *In re Google Bulk Sensitive Data Rule Litigation*, Case No. 3:26-cv-01446-CRB. The Court's consolidation order directed Plaintiffs' counsel to file a joint application for appointment of interim class counsel within seven days of the order, and directed that a consolidated complaint be filed within thirty days after appointment of interim class counsel.

Plaintiffs respectfully request that the Court appoint Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC as Interim Co-Lead Class Counsel. These firms filed and prosecuted the three related actions, coordinated efficiently across counsel, opposed Google's attempt to relate these cases to the earlier Google RTB litigation, and obtained the order consolidating these actions before this Court. They have already demonstrated the ability to coordinate plaintiffs' counsel, litigate efficiently, and present a unified position on behalf of the proposed classes. The proposed three-firm structure is appropriately tailored to the needs of this case and will avoid duplication while ensuring that the proposed classes receive experienced, well-resourced, and coordinated representation.

## II. BACKGROUND

On February 19, 2026, Plaintiffs filed three related putative class actions against Google:

*McGrath v. Google LLC*, No. 3:26-cv-01446-CRB; *Nadeau v. Google LLC*, No. 3:26-cv-01454-AMO; and *Jenkins v. Google LLC*, No. 3:26-cv-01481-YGR. The actions allege that Google operates its real-time bidding process in violation of the Bulk Sensitive Data Rule, which took effect in April 2025. *E.g.*, *Jenkins*, No. 3:26-cv-01481-YGR, ECF No. 1 ¶¶ 10–13, 47–64. The cases allege that Google intercepts and tracks information about Americans' browsing activity through websites, apps, and devices, and transmits that information through the real-time bidding system to entities owned by, controlled by, or subject to the jurisdiction of the People's Republic of China, including MediaGo, Pangle, and Temu. *Id.* ¶¶ 4–13, 31–46, 55–64.

Early in the litigation, counsel for the parties met and conferred regarding relatedness. Plaintiffs agreed that the three Bulk Sensitive Data Rule cases were related to one another, but disagreed with Google's position that they should be related to *In re Google RTB Consumer Privacy Litigation* ("*Google RTB*"), No. 4:21-cv-02155-YGR. Plaintiffs opposed Google's motion to relate the new Bulk Sensitive Data Rule cases to the *Google RTB* case, explaining that the two sets of cases involve different legal theories, different time periods, different factual inquiries, and different remedies. *Google RTB*, No. 4:21-cv-02155-YGR, ECF Nos. 816, 822. Judge Gonzalez Rogers agreed with Plaintiffs and denied Google's motion to relate the Bulk Sensitive Data Rule cases to *Google RTB*. *Google RTB*, ECF No. 826. On June 23, 2026, this Court then related and consolidated the three Bulk Sensitive Data Rule actions before this Court by stipulation. ECF No. 25.

Plaintiffs now seek appointment of the three firms that have led the litigation for the plaintiffs to date—Milberg, Carroll Shamberg, and Justice Jagher London & Millen—as Interim Co-Lead Class Counsel.

## III. ARGUMENT

In appointing interim class counsel, courts consider the factors set forth in Rule 23(g)(1)(A): (i) the work counsel has done in identifying or investigating potential claims; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class. The Court may also consider "any other matter pertinent to counsel's ability to fairly and

adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B). Each factor supports appointment of Milberg, Carroll Shamberg, and Justice Jagher London & Millen as Interim Co-Lead Class Counsel.

### A. Proposed Interim Co-Lead Counsel Have Investigated the Claims and Led Early Case-Management Efforts.

Proposed Interim Co-Lead Counsel have already done substantial work identifying, investigating, and advancing the proposed class claims. They investigated Google's real-time bidding practices, the newly effective Bulk Sensitive Data Rule, the alleged transfer of U.S. user data to entities owned by, controlled by, or subject to the jurisdiction of China, and the viability of claims under federal and state privacy laws. Joint Decl. ¶¶ 4–5. That work resulted in the filing of three related putative class actions on February 19, 2026. Joint Decl. ¶ 6.

Proposed Interim Co-Lead Counsel also led early case-management efforts. Counsel met and conferred with Google regarding relatedness, coordinated among the plaintiffs in all three actions, opposed Google's attempt to relate the new Bulk Sensitive Data Rule cases to the older *Google RTB* litigation, and worked through the procedural posture that ultimately resulted in the consolidation of the three related actions before this Court. Joint Decl. ¶¶ 7–10. Those efforts required counsel to address the relationship among the three new cases, the relationship between those cases and the older RTB litigation, and the appropriate forum for efficient management of the claims. Joint Decl. ¶¶ 8–10.

The Court's consolidation order confirms the importance of coordinated leadership. It consolidated the three related actions for all purposes, directed that future papers be filed under the master case number, required a joint application for appointment of interim class counsel, and set the sequence for filing a consolidated complaint and Google's response. Proposed Interim Co-Lead Counsel are well positioned to carry out that structure because they have already coordinated the plaintiffs' position and advanced the litigation in an efficient and unified manner.

### B. Proposed Interim Co-Lead Counsel Have Extensive Experience in Class Actions, Complex Litigation, and Privacy Cases.

Proposed Interim Co-Lead Counsel collectively bring substantial experience in complex class

action litigation, consumer privacy litigation, and technology-related disputes. That experience is particularly important here because this case involves a technically complex advertising ecosystem, an emerging federal regulatory regime, and privacy claims requiring careful coordination of legal, factual, and expert issues. The proposed leadership structure pairs firms that investigated and filed the consolidated actions with lawyers who have substantial experience litigating complex privacy and consumer class actions against well-resourced technology defendants. Joint Decl. ¶¶ 2–3, 18–28; Exs. A–C.

Milberg, PLLC is a national plaintiffs' class action firm with extensive experience in privacy, consumer-protection, and complex class litigation. Milberg has served as lead, co-lead, or class counsel in hundreds of complex class actions and has the personnel and resources necessary to prosecute large, technically complex privacy cases through discovery, class certification, settlement, trial, and appeal. Joint Decl. ¶ 18; Ex. A. Milberg's privacy and technology practice includes litigation involving large technology platforms, data-sharing practices, tracking technologies, and statutory privacy claims. Joint Decl. ¶ 19; Ex. A. In this case, Milberg represents Plaintiff Barbara Jenkins and has helped coordinate Plaintiffs' successful response to Google's relatedness position. Joint Decl. ¶ 19. The Milberg team is led by William J. Edelman, a former federal prosecutor in this District whose current practice is devoted entirely to representing plaintiffs in class actions, with a focus on privacy-related claims. Mr. Edelman has experience serving in court-appointed leadership or class-counsel roles in privacy and consumer class actions. *See, e.g.*, *In re Disney Worldwide Services COPPA Litigation*, No. 2:25-cv-08410 (C.D. Cal. Dec. 17, 2025) (appointed interim co-lead counsel in privacy class action); *In re Meta Android Privacy Litigation*, No. 3:25-cv-04674-RFL (N.D. Cal. Oct. 27, 2025) (Milberg appointed co-lead counsel); *Chiechi v. Edloe Finch LLC*, No. 25CU057205C (San Diego Super. Ct. May 29, 2026) (appointed settlement counsel in consumer class settlement). Joint Decl. ¶¶ 20–21; Ex. A.

Carroll Shamberg LLC is a plaintiffs' class action firm with significant experience litigating complex consumer and privacy cases. Carroll Shamberg represents Plaintiff Nicole McGrath and has been involved from the outset in investigating and prosecuting the first-filed *McGrath* action. Joint

Decl. ¶ 22. Katrina Carroll, a founding partner of the firm, has litigated class actions for more than two decades, has litigated more than one hundred class actions, and has recovered more than $1 billion for clients and class members. Joint Decl. ¶ 23; Ex. B. Her privacy experience includes service as court-appointed co-lead counsel in *In re TikTok Consumer Privacy Litigation*, where she helped achieve a $92 million settlement, and service as co-lead counsel in *Howell v. Bumble Trading L.L.C.*, which resulted in a $40 million privacy settlement for Illinois residents. Joint Decl. ¶ 24; Ex. B. She also has experience in data-breach litigation, including appointment to the plaintiffs' steering committee in *In re Ashley Madison Customer Data Security Breach Litigation* and service as court-appointed co-lead counsel in *Lewert v. PF Chang's China Bistro, Inc.*, one of the earlier data-breach cases to produce significant appellate standing guidance. Joint Decl. ¶ 25; Ex. B. The Carroll Shamberg team includes Katrina Carroll and Kyle A. Shamberg. Joint Decl. ¶ 25.

Justice Jagher London & Millen LLC represents Plaintiff Trisha Nadeau and has participated in the case from the outset, including the relatedness and consolidation proceedings. Joint Decl. ¶ 26. The Justice Jagher team includes Matthew W. Ruan and Jonathan M. Jagher. Mr. Jagher has substantial experience in privacy, consumer-protection, and complex class actions. He has served in leadership roles in data-privacy and consumer cases around the country, including as Co-Chair of the Settlement Committee in *In re MoveIt Customer Data Security Breach Litigation*, MDL No. 1:23-md-03083-ADB; as co-lead counsel in *Dzananovic and Howell v. Badoo Trading Limited and Bumble Trading LLC*, which resulted in a $40 million privacy settlement; as co-lead counsel in *Powe v. Dermalogica, LLC*, a data-privacy settlement valued at $8.9 million; as a member of the plaintiffs' steering committee in *In re TikTok, Inc., Consumer Privacy Litigation*; and as a member of plaintiffs' executive committees in *In re Morgan Stanley Data Security Litigation* and *Jones v. Lemonade Inc.*. Joint Decl. ¶ 27; Ex. C. Justice Jagher's experience complements the privacy and technology-litigation experience of Milberg and Carroll Shamberg and supports the proposed three-firm leadership structure. Joint Decl. ¶ 28.

Together, the proposed leadership group brings complementary experience and a practical division of labor. The three firms represent the plaintiffs in each of the consolidated actions, have

already coordinated effectively, and are familiar with the factual and procedural record. Their appointment will promote continuity and efficiency, while ensuring that the proposed classes are represented by counsel with the experience, resources, and technical familiarity necessary to litigate claims involving Google's advertising ecosystem and alleged transfers of sensitive user data. Joint Decl. ¶¶ 3, 7, 28.

### C. Proposed Interim Co-Lead Counsel Have the Knowledge and Resources Necessary to Represent the Proposed Classes.

This litigation will require substantial resources. Plaintiffs' claims involve Google's real-time bidding infrastructure, alleged transfers of sensitive personal data through that infrastructure, the ownership and control of foreign advertising entities, the application of the Bulk Sensitive Data Rule, and claims under federal and state privacy laws. The case will likely involve complex motion practice, substantial discovery, expert work, and class certification briefing.

Proposed Interim Co-Lead Counsel have the personnel, experience, and financial resources necessary to prosecute the case through class certification, merits discovery, dispositive motions, trial, and any appeal. Joint Decl. ¶¶ 15–17, 18–28. They have already committed resources to the investigation and filing of the related actions, the relatedness dispute, and consolidation proceedings. If appointed, they will continue to commit the attorney time, expert and consultant resources, and litigation funding necessary to represent the proposed classes effectively and efficiently. Joint Decl. ¶¶ 4–17.

### D. The Proposed Three-Firm Co-Lead Structure Will Promote Efficiency and Avoid Duplication.

The proposed leadership structure is appropriately tailored to this case. Plaintiffs seek appointment of the three firms that represent the three plaintiffs in the consolidated actions—Milberg, Carroll Shamberg, and Justice Jagher London & Millen—as Interim Co-Lead Class Counsel. This is not a circumstance requiring the Court to choose among competing leadership groups or manage a large field of plaintiffs' firms. Rather, each of the three filed cases is represented in the proposed leadership structure, and each proposed co-lead has participated in the investigation, filing, relatedness proceedings, and consolidation process from the outset. Joint Decl. ¶¶ 3, 12.

Google's own litigation history in closely related privacy cases confirms that Plaintiffs will need experienced, adequately resourced leadership from the outset. Google is one of the largest technology companies in the world and has historically devoted substantial resources to defending privacy litigation challenging its advertising and tracking practices. The earlier *Google RTB* litigation illustrates the point. There, in a case involving Google's real-time bidding system and related privacy claims, the court appointed seven total firms to plaintiffs' leadership roles. *Google RTB*, No. 4:21-cv-02155-YGR, ECF No. 77 at 1–2. Google then litigated the case aggressively for years through substantial motion practice, discovery, and class-certification proceedings. Against that backdrop, Plaintiffs' request for three co-lead firms here is appropriately tailored to the present posture. It gives the proposed classes the resources needed to litigate against Google concerning the same RTB infrastructure and overlapping privacy issues, while remaining substantially more streamlined than the leadership structure approved in *Google RTB*. Joint Decl. ¶¶ 16–17.

The three-firm structure will also promote efficiency because it formalizes the coordination that has already occurred among counsel for the three consolidated actions. If appointed, Proposed Interim Co-Lead Counsel will divide responsibilities among themselves, coordinate assignments, maintain contemporaneous time and expense records, and allocate work based on each firm's experience and capacity. Joint Decl. ¶¶ 7, 13–14. Because the proposed leadership slate includes counsel for all three currently consolidated cases, it provides a streamlined structure for preparing the consolidated complaint, coordinating discovery, managing motion practice, and communicating with Google and the Court without excluding any existing plaintiff group or adding unnecessary layers of leadership. Joint Decl. ¶¶ 12–14.

Appointment will provide the parties and the Court with a clear, unified leadership structure for this consolidated action. Interim Co-Lead Counsel will be responsible for coordinating Plaintiffs' positions, communicating with defense counsel, managing discovery, preparing the consolidated complaint, briefing motions, and presenting unified positions to the Court. That structure will serve the interests of judicial economy and the proposed classes.

## IV. IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court appoint Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC as Interim Co-Lead Class Counsel in this consolidated action.

Dated: June 30, 2026

Respectfully submitted,

By: /s/ *William J. Edelman*
William J. Edelman (SBN 285177)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015
E-Mail: wedelman@milberg.com

*Attorneys for Plaintiff Barbara Jenkins and the Proposed Class*

Dated: June 30, 2026

By: /s/ *Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
E-Mail: mruan@jjlmlaw.com

Jonathan M. Jagher (*pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
E-Mail: jjagher@jjmlaw.com

*Attorneys for Plaintiff Trisha Nadeau and the Proposed Class*

Dated: June 30, 2026

By: /s/ *Katrina Carroll*
Katrina Carroll (*pro hac vice forthcoming*)
**CARROLL SHAMBERG LLC**
Kyle A. Shamberg (*pro hac vice forthcoming*)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (872) 215-6205
E-Mail: katrina@csclassactions.com
E-Mail: kyle@csclassactions.com

*Attorneys for Plaintiff Nicole McGrath and the Proposed Class*

## SIGNATURE ATTESTATION

I, William J. Edelman, as the ECF user and filer of this document, attest pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3) that each of the other signatories has concurred in the filing of this document.

Dated: June 30, 2026

By: /s/ *William J. Edelman*
William J. Edelman