Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*In re Google Bulk Sensitive Data Rule Litigation*

This Document Relates To: All Actions

Case No. 3:26-cv-01446-CRB

**GOOGLE LLC'S RESPONSE TO PLAINTIFFS' MOTION FOR APPOINTMENT AS INTERIM CO-LEAD CLASS COUNSEL**

Judge: Charles R. Breyer
Date: August 28, 2026
Time: 10:00 a.m.
Hearing: By Zoom

Google LLC submits the following response to Plaintiffs' Motion for Appointment of Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC as Interim Co-Lead Class Counsel (Dkt. 28):

Google takes no position on Plaintiffs' Motion, including whether such an appointment is necessary or whether Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC should be appointed as interim co-lead class counsel. Google disputes Plaintiffs' claims are appropriate for class adjudication and reserves the right to oppose class certification, including the appointment of Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC as class counsel.

Dated: July 14, 2026

*/s/ Benjamin S. Softness*
Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

*/s/ Benjamin S. Softness*
Benjamin S. Softness