Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*In re Google Bulk Sensitive Data Rule Litigation*

This Document Relates To: All Actions

Case No. 3:26-cv-01446-CRB

**JOINT STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATES (L.R. 6-1, 6-2)** : ORDER

*[Filed Concurrently with Declaration of Benjamin S. Softness]*

*Assigned for all purposes to the Honorable Charles R. Breyer*

**STIPULATION**

Pursuant to Local Rules 6-1 and 6-2, as supported by the accompanying Declaration of Benjamin S. Softness, Plaintiffs and Google LLC, through undersigned counsel, hereby stipulate and respectfully request that the Court continue the Initial Case Management Conference, and the deadline for the Parties' Joint Case Management Statement, until after the Consolidated Amended Complaint has been filed. The Parties declare the following in support of this request:

***WHEREAS***, on May 14, 2026, the Court granted the Parties' Stipulated Request for Order Staying Case (Dkt. 18) and stayed all case deadlines pending the resolution of relatedness issues raised by the Parties (Dkt. 20);

***WHEREAS***, on May 19, 2026, the Court rescheduled the Initial Case Management Conference, previously scheduled for May 22, 2026, to August 14, 2026 (Dkt. 22);

***WHEREAS***, on June 23, 2026, Plaintiffs filed an Unopposed Motion to Consolidate Cases (Dkt. 24), which the Court granted on the same day (Dkt. 25);

***WHEREAS***, pursuant to the Order on Plaintiffs' Unopposed Motion to Consolidate Cases, Plaintiffs' Consolidated Amended Complaint ("CAC") is due thirty (30) days following the appointment of interim class counsel, and Google's response to the CAC is due sixty (60) days from the filing of the CAC (Dkt. 25);

***WHEREAS***, Plaintiffs filed their Motion to Appoint Interim Co-Lead Class Counsel on June 30, 2026 (Dkt. 28), which remains pending;

***WHEREAS***, because the Court has not yet appointed interim class counsel, Plaintiffs have not filed a CAC, and under the Court's Order on Plaintiffs' Unopposed Motion to Consolidate Cases, the CAC will not be due until after the currently scheduled Initial Case Management Conference on August 14, 2026. Accordingly, continuing the Initial Case Management Conference and related deadlines until after the filing of the CAC will promote judicial economy by allowing the Parties and the Court to proceed with certainty regarding the scope of Plaintiffs' claims and allegations;

***WHEREAS,*** the Parties therefore jointly request a continuance of the Initial Case Management Conference and related deadlines;

***WHEREFORE***, the Parties hereby stipulate and request a continuance of the Initial Case Management Conference and related deadlines until after the filing of the forthcoming CAC.[1]

Dated: July 28, 2026

/s/ Katrina Carroll
William J. Edelman (SBN 285177)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015
wedelman@milberg.com

*Attorneys for Plaintiff Barbara Jenkins and the Proposed Class*

Matthew W. Ruan (SBN 264409)
**JUSTICE JAGHER LONDON & MILLEN**
100 Tri-State International, Suite 60069
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

Jonathan M. Jagher (*admitted pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
jjagher@jjmlaw.com

*Attorneys for Plaintiff Trisha Nadeau and the Proposed Class*

Katrina Carroll (*admitted pro hac vice*)
Kyle A. Shamberg (*pro hac vice forthcoming*)
**CARROLL SHAMBERG LLC**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
872-215-6205
katrina@csclassactions.com
kyle@csclassactions.com

*Attorneys for Plaintiff Nicole McGrath and the Proposed Class*

/s/ Benjamin S. Softness
Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

[1] Google reserves its rights to seek the entry of an order staying case deadlines, including the Initial Case Management Conference, pending the resolution of a motion to dismiss the CAC.

**CIV. L.R. 5-1(i)(3) ATTESTATION**

I, Benjamin S. Softness, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: *<u>/s/ Benjamin S. Softness</u>*
Benjamin S. Softness

Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*In re Google Bulk Sensitive Data Rule Litigation*

This Document Relates To: All Actions

Case No. 3:26-cv-01446-CRB

**DECLARATION OF BENJAMIN S. SOFTNESS IN SUPPORT OF JOINT STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATES (L.R. 6-1, 6-2)**

*[Filed Concurrently with Joint Stipulated Re uest for rder Continuing Initial Case Management Conference Dates]*

*Assigned for all purposes to the Honorable Charles R. Breyer*

**DECLARATION OF BENJAMIN S. SOFTNESS**

I, Benjamin S. Softness, declare and state as follows:

1. I am a partner at King  Spalding LLP and am licensed to practice in the State of California. I represent Google LLC in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness I would competently testify thereto.

2. On May 14, 2026, the Court granted the Parties' Stipulated Request for Order Staying Case (Dkt. 18) and stayed all case deadlines pending the resolution of relatedness issues raised by the Parties (Dkt. 20);

3. On May 19, 2026, the Court rescheduled the Initial Case Management Conference, previously scheduled for May 22, 2026, to August 14, 2026 (Dkt. 22);

4. On June 23, 2026, Plaintiffs filed an Unopposed Motion to Consolidate Cases (Dkt. 24), which the Court granted on the same day (Dkt. 25);

5. Pursuant to the Order on Plaintiffs' Unopposed Motion to Consolidate Cases, Plaintiffs' consolidated amended complaint ("CAC") is due thirty (30) days following the appointment of interim class counsel, and Google's response to the CAC is due sixty (60) days from the filing of the CAC (Dkt. 25);

6. Plaintiffs filed their Motion to Appoint Interim Co-Lead Class Counsel on June 30, 2026 (Dkt. 28), which remains pending;

7. Because the Court has not yet appointed interim class counsel, Plaintiffs have not filed a CAC, and under the Court's Order on Plaintiffs' Unopposed Motion to Consolidate Cases, the CAC will not be due until after the currently scheduled Initial Case Management Conference on August 14, 2026. The Parties have conferred and believe that continuing the Initial Case Management Conference and related deadlines until after Plaintiffs file the forthcoming CAC will promote judicial economy by allowing the Parties and the Court to proceed with certainty regarding the scope of Plaintiffs' claims and allegations;

8. The Parties therefore jointly request a continuance of the Initial Case Management Conference and related deadlines until after Plaintiffs file the forthcoming CAC;

Executed this 28th day of July 2026, in San Francisco, California.

Benjamin S. Softness

Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Bulk Sensitive Data Rule Litigation*<br><br>This Document Relates To: All Actions | Case No. 3:26-cv-01446-CRB<br><br>~~PROPOSED~~ **ORDER ON JOINT STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE DATES (L.R. 6-1, 6-2)**<br><br>*Assigned for all purposes to the Honorable Charles R. Breyer* |

The Court has considered the Parties' Stipulated Request for Order Continuing Initial Case Management Conference Dates. Good cause appearing therefore, the Court hereby ORDERS as follows:

Pursuant to the Parties' Joint Stipulation, the Initial Case Management Conference scheduled for August 14, 2026 and August 7, 2026 deadline to submit the Joint Initial Case Management Conference Statement are vacated. The Court will reset these deadlines following appointment of interim class counsel and Plaintiffs' filing of a consolidated amended complaint pursuant to the Court's June 23, 2026, order (Dkt. 25).

IT IS SO ORDERED.

Dated: July 28, 2026

Honorable Charles R. Breyer
United States District Judge