Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

*Attorneys for Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*In re Google Bulk Sensitive Data Rule Litigation*

This Document Relates To: All Actions

Case No. 3:26-cv-01446-CRB

**GOOGLE LLC'S RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

Google LLC submits the following response to Plaintiffs Corinne Pearson's and Melenie Crutcher's Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rules 3-12 and 7-11 (Dkt. 36) ("Motion"):

While Google does not oppose Plaintiffs' Motion, it disputes the allegations in *Pearson v. Google LLC*, No. 5:26-cv-07495 (N.D. Cal.) and in the above-captioned consolidated action and denies that it is liable to the Plaintiffs in any way. Google also disputes any suggestion that Plaintiffs' claims are appropriate for class adjudication. Specifically, Google does not agree that common questions of law and fact exist for purposes of Federal Rule of Civil Procedure 23(a), and it expressly reserves the right to oppose class certification on the basis that the commonality requirement is not satisfied, among other reasons.

Dated: July 28, 2026

*/s/ Zachary A. McEntyre*
Zachary A. McEntyre (*admitted pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4636

Laura E. Harris (*admitted pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 790-5360

Benjamin S. Softness (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1251

*Attorneys for Google LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court by using CM/ECF. All counsel of record will receive an electronic notice of this filing.

*/s/ Zachary A. McEntyre*
Zachary A. McEntyre