Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiffs and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In re Google Bulk Sensitive Data Rule Litigation*

This Document Relates To:

*Pearson v. Google LLC*, No. 5:26-cv-07495 (N.D. Cal.)

Case No. 3:26-cv-01446-CRB

Hon. Charles R. Breyer

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11, and good cause appearing therefor, the Court hereby finds and orders as follows:

The Court finds that *Pearson v. Google LLC*, No. 5:26-cv-07495-EKL (N.D. Cal.) (the "*Pearson* Action"), is related to *In re Google Bulk Sensitive Data Rule Litigation*, No. 3:26-cv-01446-CRB (the "Consolidated Action"), within the meaning of Civil Local Rule 3-12(a).

Pursuant to Civil Local Rule 3-12(f), the *Pearson* Action is reassigned to the undersigned. All future filings in the *Pearson* Action shall bear the caption of the Consolidated Action and shall be filed in accordance with the Court's order regarding consolidation. (ECF No. 25.)

IT IS SO ORDERED.

Date: July 30, 2026

Hon. Charles R. Breyer