**MILBERG, PLLC**
William J. Edelman (SBN 285177)
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (331) 240-3015
E-Mail: wedelman@milberg.com

**CARROLL SHAMBERG LLC**
Katrina Carroll (*pro hac vice forthcoming*)
Kyle A. Shamberg (*pro hac vice forthcoming*)
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (872) 215-6205
E-Mail: katrina@csclassactions.com
E-Mail: kyle@csclassactions.com

**JUSTICE JAGHER LONDON & MILLEN LLC**
Matthew W. Ruan (SBN 264409)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
E-Mail: mruan@jjlmlaw.com

Jonathan M. Jagher (*pro hac vice*)
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
E-Mail: jjagher@jjmlaw.com

*Attorneys for Plaintiffs Nadeau, Jenkins, and McGrath*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Google Bulk Sensitive Data Rule Litigation*<br><br>This Document Relates to: All Actions | Case No. 3:26-cv-01446-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF MILBERG, PLLC, CARROLL SHAMBERG LLC, AND JUSTICE JAGHER LONDON & MILLEN LLC AS INTERIM CO-LEAD CLASS COUNSEL** |

THIS MATTER, having come before the Court on Plaintiffs' Motion for Appointment of Milberg, PLLC, Carroll Shamberg LLC, and Justice Jagher London & Millen LLC as Interim Co-Lead Class Counsel ("Motion"), and the Court having considered the Motion, the accompanying Joint Declaration of Proposed Interim Co-Lead Class Counsel, the pleadings and papers on file in this consolidated action, and any argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

1. **Appointment of Interim Co-Lead Class Counsel**. Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Milberg, PLLC; Carroll Shamberg LLC; and Justice Jagher London & Millen LLC as Interim Co-Lead Class Counsel for Plaintiffs and the proposed classes in this consolidated action.

2. **Responsibilities of Interim Co-Lead Class Counsel.** Interim Co-Lead Class Counsel shall assume responsibility for coordinating and conducting Plaintiffs' prosecution of this consolidated action and shall have authority and responsibility to:

a. Coordinate the work of preparing and presenting Plaintiffs' claims and otherwise coordinate all proceedings on behalf of Plaintiffs and the proposed classes;

b. Organize and supervise the efforts of Plaintiffs' counsel in a manner designed to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

c. Assign and delegate work responsibilities among Plaintiffs' counsel and monitor the activities of Plaintiffs' counsel to promote the orderly and efficient conduct of the litigation and avoid unnecessary duplication and expense;

d. Determine and present Plaintiffs' positions to the Court and opposing counsel on all matters arising during pretrial proceedings, including through briefs, oral argument, correspondence, and meet-and-confer discussions;

e. Serve as the primary contact for communications between Plaintiffs and Defendant Google LLC and act as spokespersons for Plaintiffs and the proposed classes before Defendant and the Court;

f. Direct and coordinate the filing of pleadings, motions, briefs, and other papers on behalf of Plaintiffs;

g. Appear at court hearings and conferences as appropriate for effective and efficient representation and speak for Plaintiffs at such hearings and conferences;

h. Receive and initiate communications with the Court and the Clerk of Court and disseminate such communications to Plaintiffs' counsel as appropriate;

i. Initiate, coordinate, and conduct discovery on Plaintiffs' behalf, including written discovery, document discovery, third-party discovery, depositions, and discovery motion practice;

j. Select, consult with, retain, and coordinate experts and consultants for Plaintiffs as necessary;

k. Initiate and conduct discussions and negotiations with counsel for Defendant on all matters, including case management, discovery, scheduling, and settlement;

l. Negotiate and enter into stipulations with opposing counsel as necessary for the conduct of the litigation, subject to Court approval where required;

m. Maintain and enforce procedures to ensure accurate, contemporaneous time and expense records by Plaintiffs' counsel;

n. Develop and recommend for Court approval, if appropriate, procedures pertaining to attorneys' fees and expenses and, on an ongoing basis, monitor and administer such procedures; and

o. Perform such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

3. **Consolidated Complaint and Response Deadline.** The Court's June 23, 2026 consolidation order directed Plaintiffs to file a consolidated complaint within thirty days after appointment of interim class counsel. ECF No. 25. Plaintiffs shall file a consolidated complaint within thirty (30) days of entry of this Order. Google LLC shall respond to the consolidated complaint within thirty (30) days after it is filed, unless otherwise ordered by the Court or agreed by the parties and approved by the Court.

4. **Settlement Discussions.** Any discussions concerning settlement of this litigation shall be conducted by Interim Co-Lead Class Counsel and any other counsel designated by Interim Co-Lead Class Counsel.

5. **Status Conferences and Proposed Agendas.** In advance of any status conference, Interim Co-Lead Class Counsel and counsel for Defendant shall meet and confer regarding the status of the case and any proposed agenda for the conference. Unless otherwise ordered, the parties shall file any joint status report or proposed agenda in accordance with the Court's standing orders or any case-specific order.

6. **Application of this Order.** This Order applies to the above-captioned consolidated action and any subsequently consolidated action arising from the same or substantially similar allegations concerning Google's real-time bidding practices and the Bulk Sensitive Data Rule.

**IT IS SO ORDERED.**

Dated: August 27, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE